July 8, 2019

Dear Clerk of the Court,

Please find enclosed a complaint for damages to be filed in your court. I am currently incarcerated in Georgia, but the Defendant Square, Inc., has its headquarters in San Francisco California.

Enclosed you shall find the following documents:

1. Complaint for Damages and injunctive Relief;
2. Summons;
3. In forma Pauperis w/ six month prisoner trust account statement;
4. Civil Case Cover Sheet;
5. Declaration in Support of IFP;
6. Consent to Magistrate Judge; and
7. Certificate of Interest Parties.

I know a second copy must be included, but per jail policy here, I cannot get copies of documents until I receive a case number to give to jail staff to verify. Please file case in Court CM/ECF program. Thank you.

Respectfully,

Anthony Oliver #2019040074
1050 Carl Griffin Drive
Savannah, Georgia 31405