FILED

Anthony Oliver #2019040074

1050 Carl Griffin Drive

Savannah, Georgia 31405

JUL 16 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Plaintiff Anthony Oliver,

Appearing Pro Se,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JSC

ANTHONY OLIVER,                    CV 19 Case No: 4110  (PR)

        Plaintiff                    PLAINTIFF'S NOTICE OF

                                     INTERESTED PARTIES

V.                                   PURSUANT TO LOCAL RULE 7.1-1

SQUARE, INC., a DELAWARE     DEMAND FOR JURY TRIAL

CORPORATION:

        Defendant.

1

To enable the Court to evaluate possible disqualification or recusal, the undersigned, Plaintiff Anthony Oliver, appearing pro se, Certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.

The representations are made to enable the Court to evaluate possible disqualification or recusal. The following parties are:

| PARTY | CONNECTION |
|-------|------------|
| 1. Anthony Oliver | Plaintiff |
| 2. SQUARE, INC. | Defendant. |

Respectfully Submitted

Dated: July 8, 2019