UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear __Mr. Oliver__: **(PR)**

Your complaint has been filed as civil action number **CV 19 4110** . **JSC**

The fee for filing any civil action other than a petition for a writ of habeas corpus is $400 ($350 filing fee plus $50 administrative fee), to be paid at the time of filing. If you are unable to pay the full fee at this time, you may petition the court to proceed in forma pauperis by signing and completing this court's Prisoner's In Forma Pauperis Application in its entirety. Even if you are granted leave to proceed in forma pauperis, you must still pay the $350 filing fee (not the $50 administrative fee), but the filing fee will be taken out of your prisoner account in installments.

**FILED**
JUL 16 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Your civil action is deficient because you did not pay the $400 fee and:**

1. ☐ **You did not file an In Forma Pauperis Application.**

or

2. ☒ **The In Forma Pauperis Application you submitted is insufficient because:**

   ☒ You did not submit the proper form.

   ____ You did not complete the form in its entirety. _____.
   *See copy of your incomplete application (enclosed).*

   ____ You did not sign your application. *A copy of your unsigned application is enclosed.*

   ____ You did not submit a **Certificate of Funds in Prisoner's Account** completed and signed by an authorized officer at your correctional facility. *(received)*

   ____ You did not submit a copy of your **prisoner trust account statement** showing transactions for the last six months. *(received)*

   ____ Other _____

**Please correct the deficiency/deficiencies noted above.**

☒ A blank copy of our Prisoner's In Forma Pauperis Application, including a Certificate of Funds in Prisoner's Account form, is enclosed, along with a postage-paid return envelope.

☐ A postage-paid return envelope is enclosed.

**WARNING: You Must Respond to this Notice.**
If you do not respond within 28 DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
SUSAN Y. SOONG, Clerk,

By_____, Deputy Clerk