19 July 2019

Dear Clerk of the Court

19-4110 JSC

In the past several weeks, I mailed a Complaint for damages and injunctive Relief. Along with the complaint, I mailed the mandatory civil case cover sheet, I.F.P., Summons, and all other forms.

The case is titled Anthony Oliver v. Square, Inc., and it would be easier to search by the Defendant "Square, Inc." which is based in San Francisco.

I am respectfully requesting to receive the case number and what District and/or Magistrate Judge the case would be assigned to. My current address is below. Please and thank you.

Thank you for your Service;

Anthony Oliver #2019040074
Chatham County Detention Facility
1050 Carl Griffin Drive
Savannah, Georgia 31405

**FILED**
JUL 29 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA