

Anthony Oliver #2019040074
Chatham County Detention facility
1050 Carl Griffin Drive
Savannah, Georgia 31405

Attn:
Civil Clerks filing
office

JACKSONVILLE FL 322
24 JUL 2019 PM 5 T

United States District Court - Northern Dist. of California
Attn: Civil Clerks filing Office
450 Golden Gate Avenue
San Francisco, California 94102

94102345059



Attn:
Civil Clerks filing
office

Chatham County Sheriff's Complex
"This letter is being mailed by an inmate housed in this correctional facility. The administration has not reviewed...