July 15, 2019

Dear Clerk of the Court,

RECEIVED
JUL 30 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Please find the enclosed In Forma Pauperis Application that this Court sent me to be completed and sent back to the Clerk of Court.

Enclosed is the IFP and a Signed Six month trust statement signed by my Counselor at the County jail in Chatham County, State of Georgia.

My Counselor provided me with a form identical to the one on page five (5) of the IFP. My Counselor would not allow me to forward page five (5), so Ms. Yoshihei Haynes signed and executed an identical form. I do not seen a difference in the two forms.

At your conveinence, please file my IFP in Case Number CV-19-4110-JSC-(PR). Case titled Oliver v. Square, Inc.

Thank You for your service.

Respectfully,

Anthony Oliver #2019040074
1050 Carl Griffin Drive
Savannah, Georgia 31405