United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER,<br>   Plaintiff,<br> v.<br>SQUARE INC.,<br>   Defendant. | Case No. 19-cv-04110-JSC<br><br>**ORDER RE: IN FORMA PAUPERIS APPLICATION** |

  Plaintiff, an inmate at the Chatham County Detention Facility in Savannah, Georgia, filed this pro se civil rights complaint against a Square, Inc., a corporation with its principal place of business in San Francisco, California, for violations of the Telephone Consumer Protections Act ("TCPA"), 47 U.S.C. § 277, et seq..[1]  Plaintiff's complaint was accompanied by an application to proceed in forma pauperis. (Dkt. No. 3.)  Plaintiff's application for leave to proceed in forma pauperis under 28 U.S.C. § 1915 is GRANTED. The initial partial filing fee due for Plaintiff at this time is $58.00.  *See* 28 U.S.C. § 1915(b)(1).  The total filing fee due is $350.00.  Funds for the filing fee will be collected pursuant to the instructions outlined in the attached document. A copy of this order and the attached instructions will be sent to the Plaintiff, the prison trust account office, and the Court's financial office.

  The Clerk shall issue a summons and Magistrate Judge jurisdiction consent form and the United States Marshal shall serve, without prepayment of fees, the summons, Magistrate Judge jurisdiction consent form, a copy of the complaint with attachments, and a copy of this order on **Square, Inc.**, in San Francisco, California.

---

[1] Plaintiff consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Dkt. 5.)

This Order disposes of Docket Nos. 3 and 9.

**IT IS SO ORDERED.**

Dated: August 7, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY OLIVER,<br>   Plaintiff,<br>  v.<br>SQUARE INC.,<br>   Defendant. | Case No. 19-cv-04110-JSC<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on August 7, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Oliver ID: #2019040074
Chatham County Detention Facility
1050 Carl Griffin Drive
Savannah, GA 31405

Dated: August 7, 2019

                Susan Y. Soong
                Clerk, United States District Court

                By:_____
                Ada Means, Deputy Clerk to the
                Honorable JACQUELINE SCOTT CORLEY

3