VIA UNITED STATES MAIL

ADA MEANS, CLERK OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVE., # 36060

SAN FRANCISCO, CALIFORNIA 94102

**FILED**

NOV 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

NOVEMBER 13, 2019

Dear Ada Means,

I am the Plaintiff in a civil matter pending before United States Magistrate Judge Jacqueline Scott Corley in Civil Action # 19-CV-04110-JSC, titled Anthony Oliver v. Square, Inc.

I have tried to call you relentlessly from a correctional facility but nobody is there to accept my call. And I am unable to leave a voicemail.

I am having mail issues at the correctional institution that I am incarcerated at. And I recently mailed a notice of change of address to this court as well. To date, I am also uncertain if the Defendant has even been served. To my knowledge, they have not. Could you please forward me a CM/ECF docket sheet reflecting any updates? Any documents or proof of service filed? Thank you for your service.

Respectfully,

Anthony Oliver #1002060648
PO Box 3877, Jackson, Georgia 30233