November 24, 2019

NOV 29 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Dear Clerk of the Court,

Please find enclosed a Notice of Change of Address for USDC ND CA Case # 19-CV-04110-JSC, and is titled Anthony Oliver v. Square, Inc., 19-CV-04110-JSC.

Also, I have not to date, received any form of response from the Defendant Square, Inc.

I am also not sure if the Defendant was served by the United States Marshal or not? May I respectfully request from you, a copy of the CM/ECF docket sheet?

I appreciate any assistance and thank you for your service.

Very sincerely & respectfully,

Anthony Oliver # 1002060648
Post Office Box 249
Morgan Georgia 39866

Anthony Oliver
#1002060648
Post Office Box 249
Morgan, Georgia 39866

Plaintiff Anthony Oliver,
Pro Se

United States District Court
Northern District of California

| | |
|---|---|
| Anthony Oliver, | Case No. 19-cv-04110-JSC |
| Plaintiff, | Plaintiff's Notice of Change of Address |
| v. | |
| | Honorable Jacqueline Scott Corley |
| Square, Inc., a California Corporation. | United States District Judge |
| | Date Filed: July 7, 2019 |
| Defendants. | |

TO ALL PARTIES, THE DEFENDANT AND THE COURT:

PLEASE TAKE NOTICE THAT, PLAINTIFF ANTHONY OLIVER HEREBY UPDATES HIS ADDRESS AS FOLLOWS:

  ANTHONY OLIVER, #1002060648
  CALHOUN STATE PRISON
  POST OFFICE BOX 249
  MORGAN GEORGIA 39866

ADDITIONALLY, PLAINTIFF HAS REQUESTED A STATUS OF THIS CASE AS TO WHETHER OR NOT THE DEFENDANT HAS BEEN SERVED, OR WHETHER OR NOT THE DEFENDANT HAS FILED ITS ANSWER, AND TO DATE, NO UPDATE HAS BEEN RECEIVED BY PLAINTIFF.

RESPECTFULLY SUBMITTED,
DATED: NOVEMBER 24, 2019

           ANTHONY OLIVER, PLAINTIFF
           PRO SE, #1002060648
           POST OFFICE BOX 249
           MORGAN GEORGIA 39866

## CERTIFICATE OF SERVICE

COPIES WERE MAILED TO:
SQUARE, INC.
AGENT FOR SERVICE: C.T. CORP.
818 W. SEVENTH ST. #930
LOS ANGELES, CA 90017.

           ANTHONY OLIVER, PRO SE

2