Anthony Oliver #1002060648
Calhoun State Prison
Post Office Box 249
Morgan Georgia 39866

TALLAHASSEE FL 323
25 NOV 2019 PM 3 L

Attn:
Civil Clerks Office
Civil Filing Window

Legal Mail

United States District Court
Northern District of California
Attn: Civil Clerks Office
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102

94102-34655

CALHOUN STATE PRISON
P.O. BOX 249
MORGAN, GEORGIA 39866

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

LEGAL MAIL / URGENT REPLY NEEDED

ATTN.,
Civil clerics filing