1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
3  San Francisco, CA 94105-2907
   Telephone: (415) 512-4000
4  Facsimile: (415) 512-4077

5
   ROSE LEDA EHLER (State Bar No. 296523)
6  Rose.Ehler@mto.com
   NEFI D. ACOSTA (State Bar No. 311178)
7  Nefi.Acosta@mto.com
   MUNGER, TOLLES & OLSON LLP
8  350 South Grand Avenue
   Fiftieth Floor
9  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
10 Facsimile:   (213) 687-3702

11 Attorneys for Defendant Square, Inc.

12

13

14

15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17  ANTHONY OLIVER,                           Case No. 19-CV-04110-JSC

18          Plaintiff,                        **DEFENDANT SQUARE, INC.'S
                                              MOTION TO ENLARGE TIME TO
19      vs.                                   RESPOND TO PLAINTIFF'S
                                              COMPLAINT**
    SQUARE, INC.,
20                                            Judge:  Hon. Jacqueline Scott Corley
            Defendant.                        Crtrm:  F, 15th Floor
21

22

23

24

25

26

27

28

1

## STATEMENT OF RELIEF SOUGHT

2    Defendant Square, Inc. ("Square") seeks an order, pursuant to Civil L.R. 6-3

3  ("Motion to Change Time"), enlarging by 21 days the time to respond to Plaintiff's

4  Complaint.  Because, absent the requested relief, Square's response to Plaintiff's

5  Complaint is due on December 9, 2019, Square respectfully requests that the Court

6  issue its order on or before December 6, 2019.

7

## STATEMENT OF ISSUES TO BE DECIDED

8    1.    Whether Defendant Square should be provided an additional 21 days to

9          respond to Plaintiff's Complaint.

10

## ARGUMENT

11    On behalf of Plaintiff Anthony Oliver, the United States Marshals Service

12  served the Complaint on Square's registered agent on November 18, 2019.  Dkt. No.

13  17.  Square's response is therefore due on December 9, 2019—21 days from

14  November 18, 2019.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i), 12(b).  Square respectfully

15  requests an extension of 21 days to respond to Plaintiff's Complaint.  Square's

16  request is supported by the Declaration of Rose Leda Ehler ("Ehler Decl."), which

17  addresses the matters identified in Civil L.R. 6-3(a)(1)-(6), as well as the following

18  reasons:

19    **Reasons for Extension (Civil L.R. 6-3(a)(1)):**  Square recently retained

20  Munger Tolles & Olson LLP to represent it in this matter.  Ehler Decl. ¶ 2.

21  Plaintiff's Complaint provides very few factual allegations (omitting, for example,

22  which telephone number received the alleged text or his prior interactions with

23  Square), making it difficult to investigate his claim, including whether he entered

24  into an arbitration agreement.  A brief extension would give counsel the necessary

25  time to investigate the factual allegations in Plaintiff's Complaint, including whether

26  Plaintiff entered into an arbitration agreement and Plaintiff's long litigation history,

27  and file a response that would best assist the Court and move the case toward

28  resolution.  *Id*. ¶¶ 4–5.

**Square's Efforts to Obtain a Stipulation (Civil L.R. 6-3(a)(2)):**  Plaintiff is incarcerated and has provided the Court with only a mailing address:  #1002060648, Calhoon State Prison, P.O. Box 249, Morgan, GA 39866.  Dkt. 18.  Given the already-short window to respond, Square could not obtain Plaintiff's stipulation to the extension before filing this motion.  Ehler Decl. ¶ 6.

**Prejudice if Extension Is Denied (Civil L.R. 6-3(a)(3)):**  If an extension is denied, Square will be forced to respond to Plaintiff's Complaint without the benefit of a full investigation and in a very limited period of time.  Ehler Decl. ¶ 7.  This would likely result in less helpful briefing to the Court and, if Plaintiff has ultimately agreed to arbitrate, potentially wasted resources.  *Id.*

**Previous Time Modifications (Civil L.R. 6-3(a)(5)):**  There have been no previous time modifications in this case.  Ehler Decl. ¶ 8.

**Effect of Extension on Case Schedule (Civil L.R. 6-3(a)(6)):**  Granting Square the requested extension is highly unlikely to have any material effect on the case schedule or prejudice Plaintiff in any way.  Ehler Decl. ¶ 9.  The Court has not yet set a schedule.  Nor is there any reason to believe that a reasonable extension of Square's time to respond would prejudice Plaintiff; however, denying the requested extension would prejudice Square and result in wasted resources.  *Id.* ¶¶ 7, 9.

## CONCLUSION

For the foregoing reasons, Square respectfully requests the Court enter an order enlarging by 21 days the time to respond to Plaintiff's Complaint.


DATED:  December 4, 2019                MUNGER, TOLLES & OLSON LLP




By:   ___/s/ Rose Leda Ehler___
        ROSE LEDA EHLER
     Attorneys for Defendant Square, Inc.