JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
NEFI D. ACOSTA (State Bar No. 311178)
Nefi.Acosta@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant Square, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br>        Plaintiff,<br><br>    vs.<br><br>SQUARE, INC.,<br><br>        Defendant. | Case No. 19-CV-04110-JSC<br><br>**DEFENDANT SQUARE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND FED. R. CIV. P. 7.1**<br><br>Judge:  Hon. Jacqueline Scott Corley<br>Crtrm:  F, 15th Floor |

Case No. 19-CV-04110-JSC

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than Square, Inc. ("Square") and its shareholders, Square has no such interest to report. Additionally, pursuant to Federal Rule of Civil Procedure 7.1, there is no parent corporation or publicly held corporation owning ten percent (10%) or more of Square's stock.

DATED: December 4, 2019          MUNGER, TOLLES & OLSON LLP


By:  */s/ Rose Leda Ehler*
     ROSE LEDA EHLER
     Attorneys for Defendant Square, Inc.