# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Anthony Oliver | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-04110-JSC |
| Square Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Square Inc.

Date: 12/04/2019

/s/ Nefi D. Acosta
*Attorney's signature*

Nefi D. Acosta (Bar No. 311178)
*Printed name and bar number*

Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
*Address*

nefi.acosta@mto.com
*E-mail address*

(213) 683-9100
*Telephone number*

(213) 683-3702
*FAX number*