JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
NEFI D. ACOSTA (State Bar No. 311178)
Nefi.Acosta@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant Square, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br>        Plaintiff,<br><br>    vs.<br><br>SQUARE, INC.,<br><br>        Defendant. | Case No. 19-CV-04110-JSC<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Jacqueline Scott Corley<br>Crtrm:  F, 15th Floor<br>Case Filed July 16, 2019 |

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On December 4, 2019, I served true copies of the following document described as:

### **APPEARANCE OF COUNSEL**

on the interested parties in this action as follows:

Anthony Oliver
Prisoner Number 1002060648
Calhoun State Prison
P.O. Box 249
Morgan, GA 39866

**BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the Unites States Postal Service, in a sealed envelope with postage prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2019, at Los Angeles, California.

Rhonda Clarke