UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER,<br><br>          Plaintiff,<br><br>   v.<br><br>SQUARE INC.,<br><br>          Defendant. | Case No. 3:19-cv-04110-JD<br><br>**ORDER RE MOTION TO EXTEND TIME TO RESPOND**<br><br>Re: Dkt. No. 20 |

Defendant's motion for an extension of time to respond to the complaint, Dkt. No. 20, is granted. Square's response is now due December 30, 2019.

**IT IS SO ORDERED.**

Dated: December 9, 2019

JAMES DONATO
United States District Judge