UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY OLIVER,

    Plaintiff,

    v.

SQUARE INC.,

    Defendant.

Case No. C 19-04110 RS

**ORDER DIRECTING CLERK TO RECLASSIFY SUIT**

The Clerk shall reclassify this action as Nature of Suit (NOS) 485 as this is an action filed under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

**IT IS SO ORDERED.**

Dated: December 12, 2019

                                                                                                        
RICHARD SEEBORG
United States District Judge