JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
NEFI D. ACOSTA (State Bar No. 311178)
nefi.acosta@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendant Square, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br>              Plaintiff,<br><br>       vs.<br><br>SQUARE, INC.,<br><br>              Defendant. | Case No. 3:19-cv-04110-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SQUARE INC.'S MOTION TO REVOKE AND DISMISS PURSUANT TO 28 U.S.C. § 1915(g)**<br><br>Judge:  Hon. Richard Seeborg<br>Crtrm:  3, 17th Floor |

1  Upon consideration of Defendant Square, Inc.'s ("Square") Motion to Revoke and Dismiss
2  Pursuant to 28 U.S.C. § 1915(g), and good cause shown, it is hereby:
3  ORDERED that Defendant Square's Motion to Revoke and Dismiss Pursuant to 28 U.S.C.
4  § 1915(g) is GRANTED.  The Court hereby ORDERS the following:
5      1.  Plaintiff's *in forma pauperis* status is hereby revoked; and
6      2.  The clerk is directed to enter judgment dismissing Plaintiff's Complaint without
7          prejudice.

9  IT IS SO ORDERED

11  DATED: _____  _____
12                                              Hon. Richard Seeborg
                                            UNITED STATES JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28