JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
NEFI D. ACOSTA (State Bar No. 311178)
Nefi.Acosta@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant Square, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SQUARE, INC.,<br><br>　　　　　Defendant. | Case No. 19-CV-04110-RS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SQUARE, INC.'S MOTION TO REVOKE AND DISMISS PURSUANT TO 28 U.S.C. § 1915(g)**<br><br>Judge:  Hon. Richard Seeborg<br>Crtrm:  3, 17th Floor<br>Date:   January 23, 2020<br>Time:   1:30 pm |

**NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE**

PLEASE TAKE NOTICE that on January 23, 2020, at 1:30 pm, or as soon thereafter as may be heard, in Courtroom 3 on the 17th Floor of the above-entitled Court located at 450 Golden Gate, San Francisco, California 94102, Defendant Square, Inc. ("Square") will and hereby does respectfully request that the Court take judicial notice of the documents listed below, submitted in support of Square's Motion to Revoke and Dismiss Pursuant to 28 U.S.C. § 1915(g).

Each of these documents is properly the subject of judicial notice, pursuant to Federal Rule of Evidence 201. Courts routinely take judicial notice of filings, transcripts and orders of other court proceedings. *See Estate of Blue v. Cty. of Los Angeles*, 120 F.3d 982, 984 (9th Cir. 1997) (noting that a court "may properly take judicial notice of the papers filed" in court proceedings); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (same); *In re ConAgra Foods, Inc.*, 90 F. Supp. 3d 919, 941 (C.D. Cal. 2015) (citation omitted) ("Judicial notice is properly taken of public records, such as transcripts, orders, and decisions made by [other] courts or administrative agencies.").

Exhibit A: Prefiling Order–Vexatious Litigant, *Oliver v. Progressive Financial/Bright House Networks*, No. SMCVS1300943 (Cal. Sup. Ct. San Bernardino Cty. Sept. 12, 2013);

Exhibit B: Order Declaring Plaintiff To Be a Vexatious Litigant at 4-9, *Oliver v. Luner*, No. 2:18-cv-02562-VAP (C.D. Cal. Sept. 26, 2018), Dkt. 99;

Exhibit C: *Oliver v. Cty. of Chatham*, No. CV417-101, 2018 WL 1573560, at *2 (S.D. Ga. Mar. 30, 2018);

Exhibit D: Order, *Oliver v. Cty. of Chatham*, No. CV417-101, 2018 WL 2449201 (S.D. Ga. May 31, 2018);

Exhibit E: Order and Report and Recommendation, *Oliver v. Lyft, Inc.*, No. 4:19-cv-00125-WTM-CLR (S.D. Ga. Sept. 13, 2019), Dkt. 54;

Exhibit F: Order, *Oliver v. Lyft, Inc.*, No. 4:19-cv-00125-WTM-CLR (S.D. Ga. Oct. 21, 2019), Dkt. 56;

Exhibit G: Report and Recommendation at 1, 8, *Oliver v. County of Isanti*, No. 0:10-cv-04218-ADM-JJG (D. Minn. Nov. 3, 2010), Dkt. 4;

Exhibit H: Order on Report and Recommendation, *Oliver v. County of Isanti*, No. 0:10-cv-04218-ADM-JJG (D. Minn. Dec. 30, 2010), Dkt. 8;

Exhibit I: Order, *Oliver v. Reays Ranch Investors*, No. 4:10-cv-00158-JMR-PSOT (D. Ariz. July 19, 2010), Dkt. 22;

Exhibit J: Order at 1, 4, 5, *Oliver v. Sloane*, No. 4:10-cv-0169-JMR-PSOT (D. Ariz. June 8, 2010), Dkt. 17; and

Exhibit K: Order Dismissing Second Amended Complaint at 1, *Oliver v. Gore*, No. 3:09-cv-02505-BEN-POR (S.D. Cal. May 11, 2010), Dkt. 19.

DATED: December 18, 2019            MUNGER, TOLLES & OLSON LLP

By:     */s/ Rose Leda Ehler*
         ROSE LEDA EHLER
         Attorneys for Defendant Square, Inc.