# EXHIBIT A

VIA UNITED STATES MAIL

Nefi D. Acosta, Esq.

Munger, Tolles & Olson, LLP.

350 South Grand Ave., 50th Fl.

Los Angeles, CA 90071

December 12, 2019

Dear Nefi Acosta,

I am writing in regards to USDC NOCA, 19-CV-0410-JSC, Oliver v. SQUARE, Inc. I am in receipt of a notice of appearance from you, but no other documents.

If we are moving forward, there is a few things to go over if we are moving forward. First, anything that you file in this case that you do not have personal knowledge, or have conducted a reasonable investigation, or destroying evidence, you will be subject to a Rule 11 Motion for Sanctions. Second, copies of anything that purports to be false, will be automatically sent to Shari Gordon and Eric Afdungarten from the State Bar of California.

Third, if it is your position to take a deposition from me, you will need a court order by Judge Corley, and will have to send that to the warden of the Prison that I am currently being held at.

Aside from that, you will need to purchase or obtain your own stab resistance vest for your safety as the inmates here, several hundreds of them that are serving multiple life sentences with nothing to loose. Any deposition to occur, will occur in the main housing unit without guards or security being furnished to you.

To avoid litigation in this case, I am extending to your client Square, Inc., an amount deemed fair and adequate. In exchange for a dismissal with prejudice, my offer to Square is $ 5,500.

A Breakdown of this amount is: Two text messages that are trebled in the amount of $ 1,500 each, the filing fee that was deducted from my trust account, which was $ 400.00, Messenger fees of $ 275.00, two notarys at $ 35.00 each, the United States Marshal fees to serve C.T. Corporation is about $ 100.00, and another $ 500.00 for copies, postage, paper, envelopes and other materials. Please note that I will not accept anything less than $ 4,200.

If Square does not wish to settle, Please note that I am leaning towards a motion to transfer venue to the District of South Carolina where I received the messages, and is where my cell phone and all of the evidence in this case exist. I will also not rule out the middle district of Georgia, or even the Northern District of Georgia.

So if we are intending to settle this case, I ask that you go ~~ahed~~ ahead and draft a settlement release and send it by overnight United States mail as I believe fedex is not available here. And I will authorize you to send a check in the amount of $5,500 or $4,200 to my family law attorney as follows:

Martin G. Hilliard, ESQ.
223 West York Street
Savannah, Georgia 31401
(912) 358-0083  Office
(912) 463-8155  Cell/Better number
email: mghlaw@aol.com
Georgia Bar # 354850

Lastly, If we aren't resolving this case, I need to file several motions including leave to file a first amended complaint to add other causes of actions. You may email me by going to this website called www.jpay.com, and somewhere on that site you can register for an account and you will need to purchase "stamps" for both of us for prepaid purposes to email you back. If you cannot figure out how to register, you can call jpay 800-number or call my family law attorney on his cell phone above and he can guide you.

Also, during discovery, I am clearly entitled to all telephone number lists that Square, Inc., sent and/or caused to be sent text messages for the past several years. Both myself and my

→

Roommate at my home in South Carolina will be contacting those people to advise them of this lawsuit and to assist them in filing of their own lawsuits or Fed. R. Civ. P., rule 23 cases against Square, Inc.

I look forward to a favorable response.

Thank You,

Anthony Oliver
#1002060648 / Calhoun State Prison
Po Box 249
Morgan, Georgia 39866

Anthony Oliver #1002060648
Calhoun State Prison
Po Box 249
Morgan, Georgia 39866

Attn:
Nefi D. Acosta, ESQ.

* Legal Mail *

Urgent Request

TALLAHASSEE FL 323

11 DEC 2019 PM 2 L

Munger, Tolles & Olson, L.L.P.
Attn: Nefi D. Acosta, ESQ-
350 South Grand Avenue - 50th Floor
Los Angeles, California 90071-3426

90071-342650



CALHOUN STATE PRISON
P.O. BOX 249
MORGAN, GEORGIA 39866

Mail

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Acosta, ESQ.

✶ Legal Mail ✶