JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
NEFI D. ACOSTA (State Bar No. 311178)
nefi.acosta@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant Square, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARE, INC.,<br><br>Defendant. | Case No. 3:19-cv-04110-RS<br><br>**ORDER GRANTING DEFENDANT SQUARE, INC.'S MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Richard Seeborg<br>Crtrm: 3, 17th Floor |

1  Upon consideration of Defendant Square, Inc.'s ("Square") Administrative Motion to Stay
2  Deadline to Answer or Otherwise Respond to Plaintiff's Complaint and good cause shown, it is
3  hereby:
4  ORDERED that Defendant Square's Administrative Motion to Extend Deadline to Answer
5  or Otherwise Respond to Plaintiff's Complaint is GRANTED and Square shall have fourteen (14)
6  days to respond to Plaintiff's Complaint after Defendant's Motion to Dismiss Pursuant to 28
7  U.S.C. § 1915(g) is decided.

9  IT IS SO ORDERED

11  DATED: 12/20/19      _____
12                       Hon. Richard Seeborg
                         UNITED STATES JUDGE