VIA UNITED STATES MAIL

Ms. ADA H. MEANS, CLERK OF COURT
UNITED STATES DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CALIFORNIA 94102

DECEMBER 10, 2019

Dear ADA H. MEANS,

Please find enclosed a motion to be filed in USDC NDCA CASE #.: 19-CV-04110-JSC, ANTHONY OLIVER V. SQUARE, INC., A DELAWARE CORPORATION. The enclosed motion is for an order extending time to serve the defendant.

Also, I must point out Madam Clerk that this case has been sitting on the docket now for five months with no waiver of proof of service filed.

I am ready to begin propounding discovery and the filing of a first amended complaint. Lastly, may I request that you change and/or correct my mailing address on the docket to as follows:

ANTHONY OLIVER #1002060648
CALHOUN STATE PRISON
PO BOX 249
MORGAN, GEORGIA 39866-0249

THE DOCKET SHEET THAT WAS SENT TO ME SHOWS I AM INCARCERATED AT A SHERIFFS DEPARTMENT IN SAVANNAH GEORGIA. I AM NO LONGER THERE AND MY ADDRESS SHOULD REFLECT AS STATED ON THE FIRST PAGE.

PLEASE UPDATE THE DOCKET AT YOUR CONVEINENCE. THANK YOU FOR YOUR SERVICE.

Respectfully,

Anthony Oliver #1002060648
~~PO BOX 249~~
~~N~~
Calhoun State Prison
PO Box 249
Morgan, GA 39866-0249