JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
NEFI D. ACOSTA (State Bar No. 311178)
Nefi.Acosta@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant Square, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br>          Plaintiff,<br><br>     vs.<br><br>SQUARE, INC.,<br><br>          Defendant. | Case No. 19-CV-04110-RS<br><br>**NON-OPPOSITION TO MOTION FOR AN ORDER EXTENDING THE TIME TO SERVE THE DEFENDANT**<br><br>Mot. Filed:  Dec. 17, 2019 |

Pursuant to Local Rule 7-3(b), Defendant Square, Inc. ("Square") does not oppose Plaintiff's motion for an order extending the time to serve the defendant. Dkt. No. 37 (filed Dec. 17, 2019). Plaintiff's motion, however, appears to be moot. Square acknowledges that its agent was served on November 18, 2019. *See* Dkt. No. 17 (filed Nov. 25, 2019).

DATED: December 30, 2019                    MUNGER, TOLLES & OLSON LLP


                                             By:  _*/s/ Rose Leda Ehler*_
                                                   ROSE LEDA EHLER
                                             Attorneys for Defendant Square, Inc.

Case No. 19-CV-04110-RS