Anthony Oliver
#1002060648
1434 U.S. Hwy 84 East
Po Box 70
Ludowici, Georgia 31316

FILED
DEC 30 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CA

United States District Court
Northern District of California

Anthony Oliver,                     Case: 19-CV-04110-RS

  Plaintiff,              Plaintiff's Notice of Dismissal
                          Without Prejudice

   v.          Exhibit A

Square, Inc.

   Defendant.

Pursuant to Rule 41, Plaintiff Anthony Oliver hereby dismisses this action without prejudice to be refiled in Georgia State Court for Fraud.

Defendant failed and refused twice to provide Plaintiff with mandatory copies of all filed documents Defendant¹ filed.

---

¹ Plaintiff required to hire an attorney service company to purchase copies of documents. Plaintiff will recover his costs in Los Angeles Superior Court against Defendant under Respondeat Superior. Oliver v. Square, Inc., et al., Nefi Acosta, + Rose Ehler.

1

Respectfully Submitted

Dated: December 24, 2019

                                              Plaintiff Pro Se

## Certificate of Service

Copies Mailed To:

Shari Gordon, Esq.
The State Bar of California, Chief Enforcement Div.
845 S. Figueroa St.
Los Angeles, CA 90017
        Exhibit A

Defendant Nefi D. Acosta
Defendant Rose Ehler
350 S. Grand Ave 50th Fl
LA, CA 90071-3426

Dated: December 24, 2019        Plaintiff Pro Se