Dec. 24, 2019

Dear Clerk of the Court

Please find enclosed a dismissal notice without prejudice in case # ~~19-cv-0410~~ 19-cv-04110-RS.

The case is titled Anthony Oliver v. Square, Inc. I believe the Judge is Richard Seeborg or James Donato.

Please enter dismissal without prejudice.

Thank you for your service.

Anthony Oliver

#1002 060648
PO Box 70
Ludowici, GA 31316