

Anthony Oliver
#1002060648
Po Box 70
Ludowici, GA 31316

Attn:
Clerk of Court
Legal Mail

United States District Court - Northern Dist. of California
Attn: Clerk of Court Civil Division
450 Golden Gate Avenue #36060
San Francisco, California 94102

94102-348999



Legal Mail

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

Received
DEC 2 6 2019
LONG S.P.